UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
MONROE DIVISION

RAMATA DOUKOURE

VS.

LISA BOWEN, ET AL.

CIVIL ACTION NO. 25-1779

SECTION P

JUDGE JERRY EDWARDS, JR.

MAG. JUDGE KAYLA D. MCCLUSKY

## ORDER

Petitioner Ramata Doukoure, a detainee in the custody of the Department of Homeland Security and the Bureau of Immigration and Customs Enforcement, petitions for a writ of habeas corpus under 28 U.S.C. § 2241.

**THE CLERK OF COURT IS DIRECTED** to serve a summons, a copy of the Petition, [doc. # 1], Exhibits, [doc. #s 1-2, 1-3, 1-4], and a copy of this Order by certified mail on all Respondents **and** the United States Attorney for the Western District of Louisiana.

**IT IS ORDERED** that Respondents file a response to the Petition within **21 days** following the date of service.

**IT IS FURTHER ORDERED** that Petitioner shall have **7 days** following the filing of Respondents' response to file a reply.

When the record is complete, the Court will determine the necessity of an evidentiary hearing.

In Chambers, Monroe, Louisiana, this 11th  day of December, 2025.

_____
Kayla Dye McClusky
United States Magistrate Judge